UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Kristina L. Davenport | Case No.: 23-14277 (MBK)<br>Chapter: 13<br>Judge: Michael B. Kaplan |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Kristina L. Davenport__, __Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher, US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B, Kaplan__ on __September 25, 2024__ at __9:00 am__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton NJ 08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Debtor is eligible for a settlement under the Combat Arms Earplugs Settlement Program.

Pertinent terms of settlement: Debtor is eligible for a gross settlement of $10,000 less fees, costs, withholding and expenses in the amount of $5,272.08. Debtor's anticipated net settlement is $4,727.92.

Objections must be served on, and requests for additional information directed to:

Name: Brad J. Sadek, Esq.

Address: 701 East Gate Dr., Ste 129, Mt. Laurel, NJ 08054

Telephone No.: (856) 890-9003

*rev.8/1/15*