# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY CHAPTER 13 |
| | : | |
| Kristina L. Davenport | : | CASE NO. 23-14277 (MBK) |
| | : | HEARING DATE: September 25, 2024  @ 9:00 am |
| | : | |
| | : | ORAL ARGUMENT WAIVED |
| | : | |

### PROPOSED FORM OF ORDER IN SUPPORT OF
### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

The relief set forth on the following pages, numbered two (2) through 2 is
hereby **ORDERED**.

**(Page 2)**

Debtor:          Kristina L. Davenport
Case No:        23-14277 (MBK)
Amended Order in Support of Notice of Proposed Compromise or Settlement of Controversy

ORDERED that inheritance received by Debtor shall be disbursed as follows:

1.  Net settlement amount of $4,727.92 will be disbursed to Debtor directly;

2.  Where applicable, if there are any non-exempt proceeds, they will be submitted to the Trustee